[This opinion has been published in *Ohio Official Reports* at 74 Ohio St.3d 233.]

THE STATE OF OHIO, APPELLEE, *v*. HARRIS, APPELLANT.

[Cite as *State v. Harris*, 1996-Ohio-14.]

*Appellate procedure—Application for reopening appeal from judgment and conviction based on claim of ineffective assistance of appellate counsel— Application denied when applicant fails to establish good cause for failing to file within ninety days after journalization of the court of appeals' decision affirming the conviction, as required by App.R. 26(B).*

(No. 95-1373—Submitted October 24, 1995—Decided January 10, 1996.)

APPEAL from the Court of Appeals for Summit County, No. 11208.

———————————

{¶ 1} Appellant, Stanford L. Harris, was convicted of two counts of aggravated robbery in 1983. This conviction was affirmed on appeal. *State v. Harris* (Nov. 23, 1983), Summit App. No. 11208, unreported, 1983 WL 3928.

{¶ 2} Over eleven years later, on May 23, 1995, appellant filed an application for reopening pursuant to App. R. 26(B). The court of appeals denied the application as untimely without good cause shown. *State v. Harris* (June 20, 1995), Summit App. No. 11208, unreported. This appeal followed.

———————————

*Maureen O'Connor*, Summit County Prosecuting Attorney, and *William D. Wellemeyer,* Assistant Prosecuting Attorney, for appellee.

*Stanford L. Harris, pro se*.

———————————

***Per Curiam.***

{¶ 3} We affirm the decision of the court of appeals for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

_____